RE: Case No. 17-0967          DATE: 11/29/2017
COA #: 12-16-00205-CV        TC#: 15-02287-158
STYLE: NATIONAL LAND RECORDS LLC v. PEIRSONPATTERSON LLP

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **January 2, 2018.**

**FILED**

11/29/2017

**Twelfth Court of Appeals
Pam Estes
Clerk**

MS. PAM ESTES
TWELFTH COURT OF APPEALS
1517 W. FRONT ST., STE. 354
TYLER, TX 75702
* DELIVERED VIA E-MAIL *